UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY O. WILSON,

    Plaintiff,

v.

FIRST BANK OF DELAWARE,

    Defendant.
_____/

Case No. 10-11345
Honorable Patrick J. Duggan

## **JUDGMENT**

Plaintiff filed this lawsuit against Defendant alleging violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681–1681x. On April 16, 2010, Defendant filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(c) or, in the alternative, to dismiss for lack of proper service pursuant to Rule 12(b)(5). On this date, the Court issued an Opinion and Order granting summary judgment to Defendant.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

DATE: July 7, 2010                      s/PATRICK J. DUGGAN
                                              UNITED STATES DISTRICT JUDGE

Copies to:
Anthony Wilson
4010 Red Arrow Road
Flint, MI 48507

Matthew J. Lund, Esq.
Adam Wolfe, Esq.